448 A.2d 1163

Burla, Inc., Appellant v. Lagrotteria et al.

Argued October 26, 1981. Robert W. Goehring, for appellant; Jon Geoffrey Hogue, for Lagrotteria, appellee; and Herman C. Kimpel, for Richey, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

Order affirmed.

448 A.2d 1164

Commonwealth v. Beach, Appellant.

Submitted October 26, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

The order of July 24, 1980 is affirmed.